**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**June 21, 2018**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

FREIDA L. MITCHELL,

       Plaintiff - Appellant,

v.

MEGAN J. BRENNAN, Postmaster
General,

       Defendant - Appellee.

No. 18-1102
(D.C. No. 1:17-CV-02216-LTB)
D. Colo.

**ORDER AND JUDGMENT**[*]

Before **BACHARACH**, **MURPHY**, and **MORITZ**, Circuit Judges.

After examining the briefs and appellate record, this panel has determined
unanimously that oral argument would not materially assist in the determination
of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is
therefore ordered submitted without oral argument.

Freida L. Mitchell appeals from an order of the United States District Court
for the District of Colorado. The district court dismissed Mitchell's pro se civil

---

[*]This order and judgment is not binding precedent except under the
doctrines of law of the case, res judicata, and collateral estoppel. It may be cited,
however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th
Cir. R. 32.1.

rights complaint pursuant to the provisions of Fed. R. Civ. P. 8. That is, the district court determined Mitchell's complaint was so prolix, vague, and unintelligible that it completely failed to provide an understandable statement of what the Postmaster General did or failed to do that allegedly infringed each of the rights Mitchell claims was violated.

Mitchell's brief on appeal does not contain a single meaningful citation to authority or any meaningful analysis of the propriety of the district court's dismissal of her complaint. Instead, it begins with a diatribe about political leaders not connected to the defendant Postmaster General and then turns to a grand conspiracy on the part of the United States Postal Service and others "against" the Civil Rights Act of 1964. Upon de novo review of the district court's order of dismissal, Mitchell's appellate filings, and the entire record on appeal, we conclude this appeal is frivolous and, therefore, Mitchell is not entitled to proceed on appeal in forma pauperis.

For those reasons set out above, this appeal is **DISMISSED** pursuant to the terms of 28 U.S.C. § 1915(e)(2)(b)(i) (providing that a court shall dismiss a proceeding in forma pauperis if the court determines the action or appeal is frivolous or malicious).

ENTERED FOR THE COURT

Michael R. Murphy
Circuit Judge

-2-